UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:                                        Chapter 7
                                              Bky. Case No. 09-34432-DDO

Craig Orlan Denzer and Karoline Margaret Denzer, fka Karoline Margaret Hall

**NOTICE OF WITHDRAWAL**

               Debtors,

---

TO: THE CLERK OF COURT AND ALL OTHER PARTIES IN INTEREST SPECIFIED IN LOCAL RULE 9013-3.

**PLEASE TAKE NOTICE** that Kondaur Capital Corporation, by its undersigned attorney, hereby withdraws its Motion for Relief from the Automatic Stay which was scheduled in the above matter for October 7, 2009, at 1:30 pm.

Dated: October 5, 2009

                                       Shapiro, Nordmeyer & Zielke, LLP
                                       Attorneys for Movant

                                       By: /e/ LAWRENCE P. ZIELKE
                                           LAWRENCE P. ZIELKE (152559)
                                           12550 W Frontage Rd, Suite 200
                                           Burnsville, MN 55337
                                           Telephone (952) 831-4060

## SWORN CERTIFICATE OF SERVICE

**STATE OF MINNESOTA** )
) SS
**COUNTY OF HENNEPIN** )

I, Scott Wennerstrom say that on October 5, 2009, I mailed and via CM/ECF emailed copies of the annexed Notice of Withdrawal on the following interested parties at their last known address.

Craig Orlan Denzer and Karoline Margaret Denzer
8249 Grenadier Ave S
Cottage Grove, MN 55016

Nicole Anderson, Esq. –VIA CM/ECF EMAIL

Michael Iannacone, Trustee –VIA CM/ECF EMAIL

U.S. Trustee –VIA CM/ECF EMAIL

Citifinancial Mortgage
Dept. 0251
Gaithersburg, MD 20898-9438

Scott Wennerstrom

Subscribed and sworn to before me
October 5, 2009


Notary


SONIKA BEATRICE TUCKER
Notary Public-Minnesota
My Commission Expires Jan 31, 2013